PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant for Offender Under Supervision

**Name of Offender:** Theresa Ann Salinas          **Docket Number:** 10-00708-001
                                                  **PACTS Number:** 57921

**Name of Judicial Officer:** Honorable Stanley R. Chesler

**Date of Original Sentence:** 10/03/2008
**Date of First Violation Hearing:** 05/28/2010

**Original Offenses:** Bringing in and Harboring Aliens; Aiding and Abetting
**Violation Offense:** Failure to report change of residence/employment; Failure to participate in Mental Health Treatment

**Original Sentence:** 15 months imprisonment; 3 years supervised release.
**Violation Sentence:** 2 months imprisonment; 34 months supervised release.

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** 06/25/10

**Assistant U.S. Attorney:** To be Assigned, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** To be Assigned, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states **'You shall not leave the judicial district without the permission of the Court or Probation Officer.'** |
| | According to information from the Portland Police Department, the offender traveled to Portland, Oregon on February 5, 2011. Salinas traveled to Oregon without the permission of the probation officer. |
| 2 | The offender has violated the supervision condition which states **'You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.'** |

PROB 12C - Page 2
Theresa Ann Salinas

The offender failed to notify the probation officer of being questioned by Portland Police Department in Oregon. In fact, Salinas has not contacted our office and her whereabouts are unknown.

According to police reports, on February 22, 2011, the offender was taken into custody by Portland Police Department and questioned regarding credit card fraud and theft allegations. She was released on February 23, 2011, and to date, charges were not filed.

| 3 | The offender has violated the supervision condition which states '**You shall notify the probation officer ten days prior to any change of residence or employment.**' |

On October 26, 2010, the offender reported moving to a new residence at 50-52 Overlook Avenue in Belleville, New Jersey. On February 28, 2011, the current tenants of the residence advised that they moved into the apartment two weeks prior and that the offender does not reside there. The offender failed to notify the probation officer ten days prior to her move, and her whereabouts at this time are unknown.

I declare under penalty of perjury that the foregoing is true and correct.

By: Elisa Martinez
U.S. Probation Officer
Date: 3/10/11

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

3/15/11
Date