UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| | : | |
| v. | : | Criminal No. 10-00708 |
| | : | |
| THERESA ANN SALINAS | : | **JUDGMENT FOR VIOLATION OF SUPERVISED RELEASE** |

The Court having presided over the defendant's guilty plea to Violation Number 1 of the Petition for Violation of Supervised Release charging her with violating the terms of supervised release by not following the condition of not leaving the judicial district without the permission of the Court or Probation Officer, it is hereby ORDERED:

1. Defendant is hereby adjudged guilty of violating the terms of her supervised release;

2. Defendant's supervised release is hereby REVOKED;

3. Defendant is hereby sentenced as follows: the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of time served;

4. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of eleven (11) months subject to the previously imposed standard conditions of supervised release, and shall comply with the following additional special condition: defendant shall reside for a period of 11 months in a community corrections center, halfway house or similar residential facility, specifically the Toler House, and shall observe all the rules of the facility. The defendant shall be eligible for weekend privileges. The defendant shall pay subsistence as required by the program;

5. Upon release from imprisonment, the defendant shall be turned over to the United States Probation Office, and the United States Probation Office shall transport the defendant to the Toler House; and

6. Violation Numbers 2 and 3 of the Petition for Violation of Supervised Release are dismissed.

HON. STANLEY R. CHESLER
United States District Judge

Dated: September 15, 2011