UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Criminal No. 10-00708 |
| THERESA ANN SALINAS | : | **JUDGMENT FOR VIOLATION OF SUPERVISED RELEASE** |

The Court having presided over the defendant's guilty plea to Violation Number 1 of the Petition for Violation of Supervised Release charging her with violating the terms of supervised release by not following the condition of residing in a community corrections center, halfway house, or similar facility and observing all the rules of that facility, it is hereby ORDERED:

1. Defendant is hereby adjudged guilty of violating the terms of her supervised release;

2. Defendant's supervised release is hereby REVOKED;

3. Defendant is hereby sentenced as follows: the defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 90 days;

4. Upon release from imprisonment, the defendant shall not be placed on supervised release;

5. Violation Number 2 of the Petition for Violation of Supervised Release is dismissed.

_____
HON. STANLEY R. CHESLER
United States District Judge

Dated: September 4, 2012